# EXHIBIT C

Approved, SCAO

Original - Court
1st copy - Defendant
2nd copy - Plaintiff
3rd copy - Return

| STATE OF MICHIGAN<br>8th JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY PROBATE | ORDER REGARDING<br>ALTERNATE SERVICE | CASE NO.<br>2021-S-34328-NI<br>34898 |
|---|---|---|

Court address: 100 Main Street, Ionia, MI 48846

Court telephone no.: (616) 527-5315

**Plaintiff name(s), address(es), and telephone no(s).**
Jamie Wells

v

**Defendant name(s), address(es), and telephone no(s).**
Kamil G. Seid
2628 Northeast Expy, NE
Atlanta, GA 30345

**Plaintiff's attorney, bar no., address, and telephone no.**
Joseph J. Ceglarek, II          P56791
31731 Northwestern Hwy., Suite 300
Farmington Hills, MI 48334
(248) 538-3151

RECEIVED AUG 09 2021
IONIA COUNTY CLERK
8TH CIRCUIT COURT

**THE COURT FINDS:**

☑ 1. Service of process upon the defendant, KAMIL G. SEID cannot reasonably be made as provided in ☑ MCR 2.105 ☐ MCR 2.107(B)(1)(b) and service of process may be made in a manner that is reasonably calculated to give the defendant actual notice of the proceedings and an opportunity to be heard.

**IT IS ORDERED:**

☐ 2. Service of the ☑ summons and complaint ☐ other: _____

and a copy of this order shall be made by the following method(s):

☑ a. First-class mail to Kamil G. Seid, 2628 Northeast Expy, NE, Apt. F7, Atlanta, GA 30345

☑ b. Tacking or firmly affixing to the door at 2628 Northeast Expy, NE, Apt. F7, Atlanta, GA 30345

☐ c. Delivering at _____ to a member of the defendant's household who is of suitable age and discretion to receive process, with instructions to deliver it promptly to the defendant.

☑ d. Other: Certified Mail/Return Receipt & e-mail to the insurance co. for Filla Trucking, by whom Def Seid was employed on the date of the accident: National Transportation Adjusters, 20343 N. Hayden Road, Suite 105, Scottsdale, AZ 85255.

For each method used, proof of service must be filed promptly with the court.

☐ 3. The motion for alternate service is denied.

Date: 8/9/2021

/s/ RONALD J. SCHAFER
Judge                                    Bar no.

MC 304 (9/09) ORDER REGARDING ALTERNATE SERVICE          MCR 2.103, MCR 2.105