UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JAMIE WELLS,<br>      Plaintiff,<br><br>-v-<br><br>KAMIL G. SEID, et al.,<br>      Defendants. | No. 1:21-cv-958<br><br>Honorable Paul L. Maloney |

## JUDGMENT

This matter has been remanded to the Ionia County Circuit Court for lack of subject-matter jurisdiction. The claims are dismissed without prejudice. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS**.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: November 23, 2021                                   /s/ Paul L. Maloney
                                                                        Paul L. Maloney
                                                                        United States District Judge